IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN RIXNER,<br><br>                    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>                    Defendant. | Case No. 2:20-cv-003131-CJB-MBN<br><br>District Judge Carl Barbier<br><br>Magistrate Judge Michael North |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC

TO THE HONORABLE JUDGE CARL BARBIER:

Plaintiff Sean Rixner and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Sean Rixner and Trans Union LLC to be determined by this Court.  Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

Respectfully submitted,

*/s/ Jonathan F. Raburn*

Jonathan F. Raburn
Louisiana Bar Roll No. 28728
jonathan@geauxlaw.com
McCarty & Raburn A Consumer Law Firm, PLLC
2931 Ridge Road, Suite 101, #504
Rockwall, TX 75032
(225) 412-2777
(225) 412-3783 Fax
***Counsel for Plaintiff***

1

Respectfully submitted,

/s/ *Adam D. Whitworth*
_____

George D. Fagan (La. Bar No. 14260)
Adam D. Whitworth (La. Bar No. 34149)
LEAKE & ANDERSSON, LLP
1100 Poydras Street, Suite 1700
New Orleans, LA  70163
Tel: (504) 585-7612 / Fax: (f04) 585-7775
gfagan@leakeandersson.com
awhitworth@leakeandersson.com

**Counsel for Trans Union LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2021, the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

Jonathan F. Raburn
jonathan@geauxlaw.com
McCarty & Raburn A Consumer Law Firm, PLLC
2931 Ridge Road, Suite 101, #504
Rockwall, TX 75032
(225) 412-2777
(225) 412-3783 Fax
**Counsel for Plaintiff**

/s/ *Adam D. Whitworth*
_____

**ADAM D. WHITWORTH**